JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JESUS NUNEZ-MEZA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS NUNEZ-MEZA,

    Defendant.

No. CR-S-15-102 GEB

STIPULATION REGARDING
EXCLUDABLE TIME PERIODS
UNDER SPEEDY TRIAL ACT;
[PROPOSED] FINDINGS

Date: June 30, 2017
Time: 9:00 a.m.
Judge: Honorable Garland E. Burrell, Jr.

The United States of America through its undersigned counsel, Timothy Delgado, Assistant United States Attorney, together with counsel for defendant Jesus Nunez-Meza, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on June 16, 2017.

2. By this stipulation, the defendant now moves to continue the status conference until June 30, 2017 for a change of plea and to exclude time between June 16, 2017 and June 30, 2017 under the Local Code T-4 (to allow defense counsel time to prepare). (The other defendants in this matter are moving to a date in July 2017.)

3. The parties agree and stipulate, and request the Court find the following:

    a. Initially, the government provided 65 pages of discovery as well as three DVDs containing numerous videos. On January 13, 2016 the government provided an

1

additional 2,683 pages of discovery. On February 25, 2016 the government produced another 694 pages of discovery. Finally, on March 23, 2016 the government provided an additional ten DVD's containing hundreds of pages of cell phone records.

b. Counsel for the defendant needs additional time to review the discovery, conduct investigation, interview potential witnesses, and discuss USSG calculations and possible resolution scenarios. Additionally, at the request of defense counsel, certain changes were made to the proposed plea agreement. Counsel for Mr. Nunez-Meza needs additional time to review the changes to the plea agreement and to meet with Mr. Nunez-Meza, with an interpreter, in/at the Nevada County jail, to review and discuss the changes to the plea agreement.

c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 16, 2017, to June 30, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 14, 2017          /s/ John R. Manning
                              JOHN R. MANNING
                              Attorney for Defendant
                              Jesus Nunez-Meza

Dated: June 14, 2017          Phillip A. Talbert
                              United States Attorney

                              by: /s/ Timothy Delgado
                              TIMOTHY DELGADO
                              Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge