JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JESUS NUNEZ-MEZA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-15-102 GEB |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING |
| v. | ) ) | |
| JESUS NUNEZ-MEZA, | ) ) ) | Date:  October 20, 2017 Time:  9:00 a.m. Judge: Honorable Garland E. Burrell, Jr. |
| Defendant. | ) ) ) ) ) | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for September 15, 2017. Counsel for the parties request the date for judgment and sentencing be continued to October 20, 2017 at 9:00 a.m.   Assistant U.S. Attorney Timothy Delgado has been advised of this request and has no objection.  U.S. Probation has also been advised of this request.  The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **10/20/17** |
| Reply, or Statement of Non-Opposition: | 10/13/17 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/6/17 |

1

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 9/29/17 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 9/22/17 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 9/8/17 |

IT IS SO STIPULATED.


Dated:  July 18, 2017  /s/  John R. Manning
JOHN R. MANNING
Attorney for Defendant
Jesus Nunez-Meza


Dated:  July 18, 2017  Phillip A. Talbert
United States Attorney

by:  /s/  Timothy Delgado
TIMOTHY DELGADO
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED .

Dated: July 20, 2017


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge