JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JESUS NUNEZ-MEZA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-15-102 GEB |
| | ) |
| Plaintiff, | ) |
| | ) MEMORANDUM TO |
| v. | ) CONTINUE JUDGMENT AND |
| | ) SENTENCING |
| JESUS NUNEZ-MEZA, | ) |
| | ) Date: December 1, 2017 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Honorable Garland E. Burrell, Jr. |
| | ) |

Judgment and sentencing in this matter is presently set for November 17, 2017. Counsel for defendant Jesus Nunez-Meza has had a family emergency and requests the date for judgment and sentencing be moved to December 1, 2017 at 9:00 a.m. Assistant U.S. Attorney Amanda Beck and U.S. Probation Officer Erica Tatum have been advised of this request and have no objection.

Respectfully submitted,

Dated: November 15, 2017

/s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Jesus Nunez-Meza

1

Dated: November 15, 2017

Phillip A. Talbert
United States Attorney

by: /s/ Amanda Beck
AMANDA BECK
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 16, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

cc: Erica Tatum, USPO